DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FREDDIE HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2584
_____

March 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Stephen Mathew Whyte, Judge.

Freddie Hernandez, pro se.

PER CURIAM.

    Affirmed.

SLEET, C.J., and KELLY and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.